> Application denied. The Court sees no reason to believe that the correspondence from the County has any connection to this case; it appears to be routine and perhaps even computer-generated. Nor does the Court see how that correspondence is retaliatory. Of course retaliation for filing a lawsuit is prohibited, but there are numerous unrelated legitimate reasons why a municipality may need to communicate with its constituents. The Court will therefore not limit the channels through which the County may contact Plaintiff. The Clerk shall terminate ECF No. 40.
>
> SO ORDERED.
>
> *Cathy Seibel*   11/24/25
> CATHY SEIBEL, U.S.D.J.

**United States District Court**

**Southern District of New York**

**Christian Paul Enzo Klein, Plaintiff**
v.
**Dr. Jerome Norton, et al., Defendants**
Case No. 24-cv-5636 (CS)

---

**Letter-Motion for Protective Order**

*Dated: November 21, 2025*

Dear Judge Seibel,

I am the pro se Plaintiff in this matter. I respectfully request a limited protective order directing the Defendants and their agents—including employees or contractors of Westchester County and its vendors—not to contact me directly outside of proper discovery channels or engage in any retaliatory actions while this case is pending.

In recent weeks, I have experienced contacts and administrative actions by county-affiliated personnel that appear connected to this litigation, including sudden correspondence from Westchester County DSS and outreach from The Guidance Center of Westchester regarding my housing and disability benefits. These communications occurred contemporaneously with the County Attorney's most recent filing in this case and have caused concern that my participation in this lawsuit may be provoking retaliation.

I have attached, as **Exhibit A**, an undated letter from Westchester County DSS that I received in early November 2025. I also received another County letter dated **November 1, 2025** (**Exhibit B**). Both arrived during the same week that the County Attorney filed the latest submission in this case. The correspondence concerns my Social Security Disability benefits—an issue already known to the County through this litigation—and raises concern that County personnel may be monitoring or acting on my benefit information outside of proper discovery channels.

I also remain seriously concerned for my health and safety if I were ever detained again. My federal claim includes allegations that County personnel and contractors previously withheld prescribed medication while I was in custody. Any further retaliation or administrative action that could lead to detention therefore poses a direct risk to my life and well-being.

This request is made in good faith to preserve the integrity of the proceedings and my personal safety, not to interfere with legitimate government functions. I ask that the

Court either (1) issue a short written directive reminding all parties to refrain from any non-case-related contact with me, or (2) schedule a brief conference to address appropriate boundaries.

Thank you for your attention to this matter.

Respectfully submitted,
/s/ Christian Paul Enzo Klein
461 Riverdale Ave, Apt 4J
Yonkers, NY 10705
(929) 664-2913
kleinenzo25@gmail.com

**Exhibit A**

**Klein v. Norton et al., 24-cv-5636 (CS)**
**Description:** Undated letter from Westchester County DSS received in early November 2025 regarding SSI/SSD referral. Includes envelope or postmark image showing approximate mailing date.



**WESTCHESTER COUNTY**

Kenneth Jenkins
County Executive

Department of Social Services

Leonard Townes
Commissioner

Christian Klein
55 MAY STREET APT C2
NEW ROCHELLE, NY 10801

/    /25

RE:  **Social Security Disability Benefit Referral**
      **Supplemental Security Income Benefits Claim**

Dear C Klein:

You have been referred for SSA Advocacy assistance. Based on the information that you have provided, you are unable to work, therefore you must apply for Social Security benefits. Applying for Social Security Disability or Social Security Income is a requirement of eligibility. Any person receiving Temporary Assistance must apply for any available resource available to them.

Westchester Department of Social Services assists individuals receiving Family Assistance (FA) also known as Temporary Assistance to Needy Families (TANF); Safety Net Assistance (SNA) both for families and individuals with applying for Social Security Disability (SSDI) and Supplemental Security Income (SSI) based on our screening and assessment.

If you are currently working with another SSI Advocate and do not require assistance, you must provide information about your representative and proof that you have applied for SSI. Failure to contact or respond to the phone call can result in the closing of your case.

PLEASE SUBMIT PROOF OF SOCIAL SECURITY APPLICATION AND SOCIAL SECURITY TELEPHONE APPOINTMENT LETTER.

Sincerely,

*Alexis Fisher*
Office of Work Activities
85 Court St- 2nd Floor
White Plains, NY 10601
Office: 914-995-7766
ARFR@westchestercountyny.gov



131 Warburton Avenue 3rd Floor  •  Yonkers, NY 10701  •  Telephone: (914) 231-2000

**Exhibit B**

**Klein v. Norton et al., 24-cv-5636 (CS)**
**Description:** Letter from Westchester County DSS dated November 1, 2025, concerning SSI/SSD status and Medical Benefits.

| | | | NOTICE NUMBER : U5570V8999 | Page: 1 | ***** |

XL0218 (09/97)

WESTCHESTER COUNTY DSS
100 EAST FIRST ST
MOUNT VERNON, NY 10550

NOTICE OF DECISION ON YOUR
MEDICAL ASSISTANCE.

SI USTED DESEA RECIBIR NOTIFICACIONES FUTURAS
EN ESPANOL, POR FAVOR PONGASE EN CONTACTO
CON SU TRABAJADOR(A).

| NOTICE NUMBER: | DATE: | CASE NUMBER: |
|---|---|---|
| U5570V8999 | November 1, 2025 | N263239 |

| OFFICE | UNIT | WORKER | UNIT OR WORKER NAME | TELEPHONE NO. |
|---|---|---|---|---|
| 1 | CM4 | CCMU | MS.C.MINGO | 914-995-3333 |

| AGENCY TELEPHONE NUMBERS | | CASE NAME / AND ADDRESS |
|---|---|---|
| GENERAL TELEPHONE NO. FOR QUESTIONS OR HELP | 914-995-3333 | |
| OR Agency Conference | 914-995-3333 | 1/CM4/CCMU |
| Fair Hearing information and assistance | 800-342-3334 | KLEIN CHRISTIAN<br>55 MAY STREET APT C2<br>NEW ROCHELLE, NY 10801 |
| Record Access | 914-995-6027 | |
| Child/Teen Health Plan | 914-995-3333 | |

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

If you are blind or seriously visually impaired and need notices or other written materials in an alternative format (large print, audio, or data CD, or Braille), contact your local social services district.

## MEDICAL ASSISTANCE

### IMPORTANT INFORMATION ABOUT A CHANGE IN YOUR PRESCRIPTION DRUG COVERAGE

You are receiving this notice because; we have information that the following person(s), who is enrolled in Medicaid, may be entitled to MEDICARE or is receiving Medicare benefits as of effective date June 1, 2018.

| Name | Client I.D. # |
|---|---|
| CHRISTIAN P. KLEIN | DE61483T |

When you receive full Medicaid benefits and are enrolled in MEDICARE, you must enroll in a MEDICARE Part D prescription drug plan. If you do not participate in a MEDICARE Part D prescription drug plan, you may lose all of your Medicaid benefits. This program is based on Section 1935 (d)(1) of the Social Security Act, requiring Medicaid to stop paying for prescription drugs as soon as Medicare starts to pay.

Medicaid will still pay for your other health care costs. Medicaid will also continue to cover certain Medicare Part D excluded drugs, e.g. select prescription vitamins, and certain over-the-counter medications.

If you are not already enrolled in a Part D prescription drug plan, the Centers for Medicare and Medicaid Services (CMS) will automatically enroll you into a Part D benchmark plan and send you a letter telling you in which plan you have been enrolled. The plan will send you information about their services and a prescription membership card, which you must use at the pharmacy to get your medications. You will not have to pay a monthly premium as long as you are

743     01U032                    CONTINUED ON THE NEXT PAGE ...